# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY NATIONAL BANK OF FLORIDA** § § § § § § § § | **CIVIL ACTION NO.** <br><br> **JUDGE** <br><br> **MAGISTRATE** |
| **Versus** § § | **FRCP Rule 9(h) Claim** |
| **CROSBY MARINE TRANSPORTATION, LLC;** § <br> **CROSBY DREDGING, LLC;** § <br> **CROSBY TUGS, LLC** § <br> **KURT J. CROSBY; and,** § <br> **CROSBY ENTERPRISES, LLC** § <br> *in personam*; § <br> and the following documented vessels, § <br> with their engines, machinery, § <br> equipment, fixtures, appurtenances, etc., § <br> *in rem* § <br> **MR. FARREL (Official No. 523548)** § <br> **JAMES CHRISTOPHER (Official No. 593990)** § <br> **SIMON MATTHEW (Official No. 637607)** § <br> **CROSBY QUEST (Official No. 630334)** § <br> **CROSBY TRINITY (Official No. 575314)** § <br> **CAPT. WEBSTER (Official No. 1217894)** § <br> **CROSBY CARRIER (Official No. 1163372)** § <br> **HOYT CHRISTOPHER (Official No. 643266)** § <br> **CAPT KENT (Official No. 628729)** § <br> **CROSBY TIDE (Official No. 1078379)** § <br> **MYLES FRANCIS (Official No. 622585)** § <br> **CROSBY COURAGE (Official No. 580561)** § <br> **CROSBY SKIPPER (Official No. 1099759)** § <br> **CROSBY ENDEAVOR (Official No. 571494)** § | |

1

## VERIFIED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, City National Bank of Florida ("**CNBF**") who files this Verified Complaint against the following *in personam* Defendants:

- Crosby Marine Transportation*,* LLC ("**Crosby Marie Transportation**")

- Crosby Dredging, LLC ("**Crosby Dredging**")

- Crosby Tugs, LLC ("**Crosby Tugs**")

- Kurt J. Crosby ("**Kurt Crosby**"); and,

- Crosby Enterprises, LLC ("**Cosby Enterprises**").

These defendants are collectively referred to as "**Crosby**."

Plaintiff also file this Verified Complaint against the following *in rem* Defendants with their engines, machinery, equipment, fixtures, appurtenances, etc.:

- MR. FARREL (Official No. 523548)
- JAMES CHRISTOPHER (Official No. 593990)
- SIMON MATTHEW (Official No. 637607)
- CROSBY QUEST (Official No. 630334)
- CROSBY TRINITY (Official No. 575314)
- CAPT. WEBSTER (Official No. 1217894)
- CROSBY CARRIER (Official No. 1163372)
- HOYT CHRISTOPHER (Official No. 643266)
- CAPT KENT (Official No. 628729)
- CROSBY TIDE (Official No. 1078379)
- MYLES FRANCIS (Official No. 622585)
- CROSBY COURAGE (Official No. 580561)
- CROSBY SKIPPER (Official No. 1099759)
- CROSBY ENDEAVOR (Official No. 571494)

These are collectively referred to as "**the Vessels**." Crosby and the Vessels are collectively referred to as "**the Defendants**."

## JURISDICTION AND VENUE

1. This action seeks: (a) the enforcement of a certain preferred ship mortgage and other security interests in the Vessels and in other collateral granted to CNBF by the Crosby, including accounts, inventory, equipment, general intangibles, books and records, products and proceeds of collateral as described in various Loan Agreements and Guarantees (as detailed herein), and of related civil and maritime contractual rights in favor of CNBF and against the Vessels, *in rem*, and against Crosby, *in personam*; (b) a money judgment on the related obligations owed by the Defendants to CNBF under various Loan Agreements and Guarantees (as detailed herein); and (c) issuance of warrants of arrest of the Vessels, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

2. This action falls within this Court's admiralty and maritime subject matter jurisdiction within the meaning of 28 U.S.C. § 1333 and 46 U.S.C. § 31301, et seq., as hereinafter fully appears, and is *inter alia* an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. In addition, any claims which do not fall within this Court's admiralty and maritime subject matter jurisdiction are within this Court's supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue is proper in the Eastern District of Louisiana because the *in personam* Crosby defendants are domiciled in this district, and venue is proper against the *in rem* defendants because the Vessels are presently located in this district or will be located here during the pendency of this action.

## PARTIES

4. Plaintiff CNBF is a Florida corporation with its principal place of business in Miami, Florida.

5. Crosby Marine Transportation is a Louisiana limited liability company, all of whose members are believed to be citizens of Louisiana.

6. Crosby Dredging is a Louisiana limited liability company, all of whose members are believed to be citizens of Louisiana.

7. Crosby Tugs is a Louisiana limited liability company, all of whose members are believed to be citizens of Louisiana.

8. Kurt J. Crosby is an individual domiciled in Louisiana.

9. Crosby Enterprises is a Louisiana limited liability company, all of whose members are believed to be citizens of Louisiana.

10. MR. FARREL is a documented vessel, bearing Official No. 523548.

11. JAMES CHRISTOPHER is a documented vessel, bearing Official No. 593990.

12. SIMON MATTHEW is a documented vessel, bearing Official No. 637607.

13. CROSBY QUEST is a documented vessel, bearing Official No. 630334.

14. CROSBY TRINITY is a documented vessel, bearing Official No. 575314.

15. CAPT. WEBSTER is a documented vessel, bearing Official No. 1217894.

16. CROSBY CARRIER is a documented vessel, bearing Official No. 1163372.

17. HOYT CHRISTOPHER is a documented vessel, bearing Official No. 643266.

18. CAPT KENT is a documented vessel, bearing Official No. 628729.

19. CROSBY TIDE is a documented vessel, bearing Official No. 1078379.

20. MYLES FRANCIS is a documented vessel, bearing Official No. 622585.

21. CROSBY COURAGE is a documented vessel, bearing Official No. 580561.

22. CROSBY SKIPPER is a documented vessel, bearing Official No. 1099759.

23. CROSBY ENDEAVOR is a documented vessel, bearing Official No. 571494.

24. At all material times Crosby Marine Transportation and/or Crosby Dredging and/or Crosby Tugs were and still are the owner and/or owner *pro hac vice* of the Vessels, which are now or will be during the pendency of this action be located within the Eastern District of Louisiana.

## THE LOAN AGREEMENTS

25. On or about March 4, 2022, CNBF provided a Term Note in the amount of $12,414,600.00 to Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs ("LOAN-43001") secured by a Loan and Security Agreement dated March 4, 2022; First Preferred Fleet Mortgage by Crosby Dredging, LLC dated March 4, 2022; First Preferred Fleet Mortgage by Crosby Marine Transportation, LLC dated March 4, 2022; UCC Financing Statement Instrument No. 36-2022-09015 recorded in Orleans Parish, LA; Guaranty Agreement by Kurt J. Crosby dated March 4, 2022; Guaranty Agreement by Crosby Enterprises, L.L.C. dated March 4, 2022. Loan-43001 Promissory Note, Loan Agreement, Dredging Mortgage, Marine Mortgage-43001, Financing Statement-43001, Crosby Guaranty, Crosby Enterprises Guaranty are collectively referred to as the "**Loan-43001 Documents**" and are attached hereto as **Exhibit A**.

26. On or about June 30, 2022, CNBF provided a Term Note in the amount of $4,406,400.00 to Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs ("LOAN-43002") secured by the Loan Agreement, as amended by the First Amendment to Loan and Security Agreement dated June 30, 2022; First Preferred Ship Mortgage by Crosby Marine Transportation, dated June 30, 2022; UCC Financing Statement Instrument Nos. 36-2022¬26587

recorded in Orleans Parish, LA; Crosby Guaranty, and Crosby Enterprises Guaranty. Loan-43002 Promissory Note, Amended Loan Agreement, Marine Mortgage-43002, Financing Statement-43002, Crosby Guaranty, Crosby Enterprises Guaranty are collectively referred to as the "**Loan-43002 Documents**" and are attached hereto as **Exhibit B**[1].

27. On or about August 31, 2022, CNBF provided a Term Note in the amount of $933,120.22 to Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs ("LOAN-43003") secured by the Loan Agreement, as amended by the Second Amendment to Loan and Security Agreement effective as of July 15, 2022, Crosby Guaranty, and Crosby Enterprises Guaranty. Loan-43003 Promissory Note, Second Amended Loan Agreement, Crosby Guaranty, Crosby Enterprises Guaranty, are collectively referred to as the "**Loan-43003 Documents**" and are attached hereto as **Exhibit C**.

28. On or about October 5, 2022, CNBF provided a Term Note in the amount of $8,000,000.00 to Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs ("LOAN-43004") secured by the Loan Agreement, as amended by the Third Amendment to Loan and Security Agreement and Substitution of Vessel dated October 5, 2022, the First Amendment to First Preferred Ship Mortgage by Crosby Marine Transportation, LLC effective as of October 5, 2022; UCC Financing Statement Instrument Nos. 36-2022-39289 recorded in Orleans Parish, LA; Crosby Guaranty, and Crosby Enterprises Guaranty. (Loan-43004 Promissory Note, Third Amended Loan Agreement, Marine Mortgage-43004, Financing Statement-43004, Crosby Guaranty, Crosby Enterprises Guaranty are collectively referred to as the "**Loan-43004 Documents**" and are attached hereto as **Exhibit D**.[2]

---

[1] UCC Financing Statement Instrument Nos. 36-2022¬26587 will be added upon receipt.
[2] 2 UCC Financing Statement Instrument Nos. 36-2022-39289 will be added upon receipt.

29. Loan-43001 Documents, Loan-43002 Documents, Loan-43003 Documents, and Loan-43004 Documents are collectively referred to as "**the Loan Documents**." LOAN-43301, LOAN-43302, LOAN-43303, and LOAN-43304 are collectively referred to as the "**Loan Agreements.**"

30. Crosby executed and delivered the Loan Documents to the CNBF and CNBF owns and holds the loan documents

## THE DEFAULTS

31. The Loan Agreements are in default because Crosby has failed to make the following payments that were due on October 4, 2025, November 4, 2025, December 4, 2025, and January 4, 2026, in accordance with the provisions of Loan Documents.

32. The following principal amounts are owed under the loans, plus interest, late charges, penalties, and such other charges as provided for in the Loan Documents:

| | |
|---|---|
| LOAN-43001: | $8,282,728.03 |
| LOAN-43002: | $3,007,466.55 |
| LOAN-43003: | $626,918.25 |
| LOAN-43004: | $5,877,021.28 |

33. LOAN-43301, LOAN-43302, LOAN-43303, and LOAN-43304 are also in default for failure to provide the audited and CPA certified 2024 year-end corporate financial statement. Borrower is also obligated to reimburse Lender the sum of $ 36,438.98 for legal expenses, together with all other legal expenses that may accrue pursuant to the Loan Documents.

34. Crosby is also obligated to pay applicable default interest, appraisal fees, attorney's fees and costs and any other sums due as provided or contemplated by the Loan Documents.

35. On December 15, 2025, CNBF provided a notice of default of the Loan Agreements, a copy of which is attached as **Exhibit E.**

36. Furthermore, because the required payments and financial information were not provided within (5) five business days of CNBF providing notice of default, CNBF is entitled to accelerate the Loan Agreements and to receive payment in full.

## BREACH OF LOAN AGREEMENTS

37. CNBF repeats and re-alleges each and every allegation contained in Paragraphs 1 through 36 and incorporates those allegations herein.

38. The Loan Agreements are valid and enforceable contracts between CNBF and Crosby.

39. Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs as borrowers have failed to make payment as required under the Loan Agreements and therefore have breached the Loan Agreements.

40. CNBF has been damaged by Crosby's breach of the Loan Agreements.

41. Pursuant to the terms and conditions of the Loan Agreements, CNBF is entitled to recover the full amounts outstanding under the Loan Agreements, including principal and interest, and such other amounts identified in the Loan Documents.

42. CNBF is also entitled to recover attorneys' fees and costs related to enforcement of the Loan Agreements.

## BREACH OF GUARANTEES

43. CNBF repeats and re-alleges each and every allegation contained in Paragraphs 1 through 42 and incorporates those allegations herein.

44. The Guarantees are valid and enforceable contracts between CNBF and Kurt Crosby and Crosby Enterprise, pursuant to which Kurt Crosby and Crosby Enterprises guaranteed performance of Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs under the Loan Agreements.

45. As detailed above, Crosby Marine Transportaiton, Crosby Dredging and Crosby Tugs have breached the Loan Agreements.

46. Kurt Crosby and Crosby Enterprises have breached the Guarantees by failing to make payments when due.

47. CNBF has been damaged by these breaches of the Guarantees.

48. Pursuant to the terms and conditions of the Guarantees, CNBF is entitled to recover the full amounts outstanding under the Loan Agreements, including principal and interest, and such other amounts identified in the Loan Documents from the Guarantors of the Loan Agreements, Kurt Crosby and Crosby Enterprises.

49. CNBF is also entitled to recover attorneys' fees and costs related to enforcement of the Guarantees.

**RULE C ARREST**

50. CNBF repeats and re-alleges each and every allegation contained in Paragraphs 1 through 49 and incorporates those allegations herein.

51. The various vessel and fleet preferred mortgages on the Vessels were recorded with the U.S. Coast Guard, National Vessel Documentation Center in substantial compliance with 46 U.S.C. § 31321.

52. CNBF has a preferred ship mortgage on the Vessels which gives rise to maritime liens against the Vessels arrested pursuant to the Commercial Instruments and Maritime Liens Act, 46 U.S. Code § 31342 *et. seq*.

53. CNBF is entitled to enforce its maritime liens against the Vessels by way of arrest of the Vessels in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and seeks an issuance of warrants of arrest of the Vessels.

54. Pursuant to local rules, CNBF agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from any and all liability as a result of arresting the Vessels.

**WHEREFORE**, City National Bank of Florida prays for the following relief:

A. That this Verified Complaint be deemed good and sufficient.

B. Judgment be entered against Crosby Marine Transportation, Crosby Dredging and Crosby Tugs for the full amounts owed, including attorney's fees and costs, for their breaches the Loan Agreements.

C. Judgment be entered against Kurt Crosby and Crosby Enterprises for the full amounts owed, including attorney's fees and costs, for their breaches of the Guarantees of the Loan Agreements.

D. Process according to the rules and practices of this Court in causes of admiralty and maritime jurisdiction, particularly Rule C of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, may issue against the Vessels, their freight, tackle, appurtenances, apparel, etc. and other property aboard said vessels and appurtenances thereto., *in rem*.

E.After due proceedings, there be judgment rendered in favor of City National Bank of Florida and against the Vessels their engines, freight, tackle, appurtenances, apparel, etc. and other property aboard said vessels and appurtenances, *in rem*, and against Crosby in the full amount owed to CNBF and the vessels be condemned and sold to satisfy the judgment to be entered in favor of CNBF in the full amount of its claims, together with interest, costs, and attorneys' fees, as set forth above.

F.The Court award CNBF such other and further relief as the Court deems just, reasonable and proper.

Respectfully submitted,

*/s/ Matthew C. Guy*
**ADAMS & REESE, LLP**
MATTHEW C. GUY (31182)
PATRICK CALHOUN, JR. (41686)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
504-585-0205
Fax: 504-566-0210
Email: matthew.guy@arlaw.com
Email: patrick.calhoun@arlaw.com

*Counsel for Plaintiff,*
*City National Bank of Florida*

## VERIFICATION

I, *Marierlin Jimenez* [Asset Recovery Officer] of City National Bank of Florida. I am authorized by City National Bank of Florida to make this Verification. The facts set forth in the Verified Complaint are true and correct based upon information known personally to me.

Pursuant to 28 U.S.C. § 1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

/s/ *Marierlin Jimenez*     01-14-2026
Marierlin Jimenez