## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CITY NATIONAL BANK OF FLORIDA**          **CIVIL ACTION**

**VERSUS**          **NO. 26-86**

**CROSBY MARINE TRANSPORTATION,**          **SECTION: "P" (3)**
**LLC; CROSBY DREDGING, LLC; CROSBY**
**TUGS, LLC; KURT J. CROSBY; and CROSBY**
**ENTERPRISES, LLC,** *in personam*; **and the**
**following documented vessels with their engines,**
**rigging, tackle, appurtenances, equipment,**
**furnishings, and fixtures,** *in rem*:
**MR. FARREL (Official No. 523548),**
**JAMES CHRISTOPHER (Official No. 593990),**
**SIMON MATTHEW (Official No. 637607),**
**CROSBY QUEST (Official No. 630334),**
**CROSBY TRINITY (Official No. 575314),**
**CAPT. WEBSTER (Official No. 1217894),**
**CROSBY CARRIER (Official No. 1163372),**
**HOYT CHRISTOPHER (Official No. 643266),**
**CAPT KENT (Official No. 628729),**
**CROSBY TIDE (Official No. 1078379),**
**MYLES FRANCES (Official No. 662585),**
**CROSBY COURAGE (Official No. 580561),**
**CROSBY SKIPPER (Official No. 1099759), and**
**CROSBY ENDEAVOR (Official No. 571494)**

## ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Considering the foregoing Motion to Appoint Substitute Custodian (R. Doc. 13) filed by Plaintiff, City National Bank of Florida,

**IT IS ORDERED** that the motion is **GRANTED**. Accordingly,

**IT IS FURTHER ORDERED** that National Maritime Services, Inc. ("NMS") is appointed substitute custodian for the United States Marshal in connection with the arrest of the following vessels and their engines, rigging, tackle, appurtenances, equipment, furnishings, and

fixtures (collectively, the "Vessels), and will perform the custodial services for the Vessels for a reasonable fee, plus costs:

- M/V MR. FARREL (Official No. 523548),

- M/V CROSBY QUEST (Official No. 630334),

- M/V CROSBY TRINITY (Official No. 575314),

- M/V CROSBY CARRIER (Official No. 1163372),

- M/V CROSBY TIDE (Official No. 1078379),

- M/V CROSBY COURAGE (Official No. 580561),

- M/V CROSBY SKIPPER (Official No. 1099759), and

- M/V CROSBY ENDEAVOR (Official No. 571494).

**IT IS FURTHER ORDERED** that the United States Marshal is hereby authorized and directed, upon seizure of the Vessels pursuant to the Warrants of Vessel Arrest, to surrender possession of such Vessels to NMS and that upon such surrender, the United States Marshal, its officers, deputies, agents, servants, employees, and insurers shall be in all respects discharged from all duties and responsibilities for the safekeeping of said Vessels.

**IT IS FURTHER ORDERED** that NMS shall maintain control and custody of the Vessels, which shall be maintained in the same order and condition as when surrendered to it under this Order, fair wear and tear excepted.

**IT IS FURTHER ORDERED** that the United States Marshal and all its deputies shall be held harmless and indemnified from any and all liability arising out of the care and custody of the said Vessels while under arrest.

New Orleans, Louisiana, this 15th day of January 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**