IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY NATIONAL** § | CIVIL NO. 2:26-cv-00086 |
| **BANK OF FLORIDA** § | |
| § | JUDGE DARREL J. PAPILLION |
| § | |
| § | MAGISTRATE EVA J. DOSSIER |
| § | |
| **Versus** § | FRCP Rule 9(h) Claim |
| § | |
| **CROSBY MARINE** § | |
| **TRANSPORTATION, LLC;** § | |
| **CROSBY DREDGING, LLC;** § | |
| **CROSBY TUGS, LLC** § | |
| **KURT J. CROSBY; and,** § | |
| **CROSBY ENTERPRISES, LLC** § | |
| *in personam*; § | |
| and the following documented vessels, § | |
| with their engines, machinery, § | |
| equipment, fixtures, appurtenances, etc., § | |
| *in rem* § | |
| **MR. FARREL (Official No. 523548)** § | |
| **JAMES CHRISTOPHER (Official No. 593990)** § | |
| **SIMON MATTHEW (Official No. 637607)** § | |
| **CROSBY QUEST (Official No. 630334)** § | |
| **CROSBY TRINITY (Official No. 575314)** § | |
| **CAPT. WEBSTER (Official No. 1217894)** § | |
| **CROSBY CARRIER (Official No. 1163372)** § | |
| **HOYT CHRISTOPHER (Official No. 643266)** § | |
| **CAPT KENT (Official No. 628729)** § | |
| **CROSBY TIDE (Official No. 1078379)** § | |
| **MYLES FRANCIS (Official No. 622585)** § | |
| **CROSBY COURAGE (Official No. 580561)** § | |
| **CROSBY SKIPPER (Official No. 1099759)** § | |
| **CROSBY ENDEAVOR (Official No. 571494)** § | |

**UNOPPOSED MOTION TO APPROVE STIPULATON, TRANSFER SUBSTITUTE
CUSTODIANSHIP, AND STAY PROCEEDINGS FOR 90 DAYS**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, City National Bank of Florida ("**CNBF**"), who hereby requests that: (1) the Court approve the Stipulation of Settlement agreed by the Parties; (2) Defendants, Crosby Marine Transportation, LLC and Kurt

J. Crosby (collectively "**Crosby**") be transferred substitute custodianship from National Maritime Services, Inc. in connection with the arrests of the following defendant Vessels (hereinafter referred to collectively as the "**Vessels**"): MR. FARREL (Official No. 523548);JAMES CHRISTOPHER (Official No. 593990); SIMON MATTHEW (Official No. 637607); CROSBY QUEST (Official No. 630334); CROSBY TRINITY (Official No. 575314); CAPT. WEBSTER (Official No. 1217894); CROSBY CARRIER (Official No. 1163372); HOYT CHRISTOPHER (Official No. 643266); CAPT KENT (Official No. 628729); CROSBY TIDE (Official No. 1078379); MYLES FRANCIS (Official No. 622585); CROSBY COURAGE (Official No. 580561); CROSBY SKIPPER (Official No. 1099759); CROSBY ENDEAVOR (Official No. 571494); and, (3) to stay all proceedings for ninety (90) days.

In support of this Motion, Plaintiff respectfully aver as follows:

**(1) Approval of Stipulation**

Plaintiff filed a Verified Complaint in the above-captioned matter, in which it sought to, among other things, arrest various vessels owned and operated by Defendants **(Rec. Doc. 1).**

Plaintiff and defendants have agreed a Stipulation of Settlement, a copy of which is attached as Exhibit 1. Plaintiff asks that the Court approve the Stipulation agreed to by the Parties.

**(2) Transfer of Substitute Custodianship**

Plaintiff also filed a Motion to Appoint National Maritime Services, Inc. ("NMS") as substitute custodian. **(Rec. Doc. 13)**. This Court signed an Order granting the Motion to Appoint NMS as substitute custodian. (**Rec. Doc. 16**). Warrants of arrest for some of the Defendant Vessels that were believed to be within the District at the time were issued by this Court on January 15, 2026. (**Rec. Doc. 17-24**). NMS, as substitute custodian for the U.S. Marshal,

successfully arrested the M/V MR. FARREL, M/V CROSBY CARRIER, M/V CROSBY TIDE, and M/V CROSBY SKIPPER. NMS has not yet arrested the other vessels for which warrants of arrest were issued, the M/V CROSBY QUEST, M/V CROSBY COURAGE, M/V CROSBY TRINITY, and M/V CROSBY ENDEAVOR. Pursuant to the Stipulation entered into between CNBF and Defendants, Defendants agree to waive *in rem* service on all Vessels not yet arrested, which are now deemed to be arrested.

To further minimize expenses and costs related to maintaining the Vessels currently being incurred by NMS, and pursuant to the Stipulation, CNBF now moves to have Crosby jointly appointed substitute custodian of the arrested Vessels. Crosby has agreed to assume responsibility for overseeing the care and custody of the Vessels and will act as custodian of the Vessels if the Court grants this motion. Further, pursuant to the Stipulation, the Parties also request that Crosby be permitted to operate the Vessels commercially within the Gulf of America, notwithstanding that the Vessels are under arrest, and that the Court's Order authorize such operations..

The Parties agree that any and all expenses related to the operation, storage, maintenance and all other expenses incurred by or on behalf of Crosby related to the Vessels shall be treated as operating expenses and not *custodia legis* unless otherwise directed by separate order of the Court. The Parties respectfully request that any Party be allowed to file a motion seeking to declare an expense as *custodia legis* without the need for lifting the stay or leave of Court. Upon any default of the Stipulation and notice being given by CNBF in accordance with Clause 14 of this Stipulation, Crosby will immediately return the Vessels to the ports of Fourchon or Houma.

**(3) 90 Day Stay**

The Stipulation for Settlement provides that the Parties will request the Court stay this action for a period of ninety (90) days, until April 26, 2026. Plaintiff files this unopposed Motion with the consent of Defendants to request the stay as required by the approved Stipulation for Settlement. The Parties further agree that Defendants' failure to comply with any terms contained in the underlying loan agreements or the Stipulation for Settlement will result in the immediate entry of a final judgment of default for all relief sought in the Verified Complaint, less any sums received pursuant to the Stipulation, upon filing an affidavit of default.

**WHEREFORE,** Plaintiff, City National Bank of Florida, moves the Court for an Order: (1) Approving the Stipulation; (2) transferring custody from the current substitute custodian, NMS, to Crosby Maritime Transportation, LLC and Kurt J. Crosby to act as joint substitute custodian of the Vessel; and, (3) staying these proceedings for 90 days.

Respectfully submitted,

ADAMS & REESE LLP
*/s/ Matthew C. Guy*
Matthew C. Guy (LA #31182)
Patrick Calhoun, Jr. (LA #41686)
701 Poydras Street, Suite 4500
New Orleans, Louisiana, 70139
Tel: (504) 581-3234
Fax: (504) 584-9503
Email:
matthew.guy@arlaw.com
patrick.calhoun@arlaw.com
*Attorneys for City National Bank of Florida*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by delivering a copy of same via the Court's CM/ECF System, this 30th day of January, 2026.

<i>/s/ Matthew C. Guy</i>