UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY NATIONAL BANK OF FLORIDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-86** |
| **CROSBY MARINE TRANSPORTATION, LLC; CROSBY DREDGING, LLC; CROSBY TUGS, LLC; KURT J. CROSBY; and CROSBY ENTERPRISES, LLC**, *in personam*; and the following documented vessels with their engines, rigging, tackle, appurtenances, equipment, furnishings, and fixtures, *in rem*:<br>MR. FARREL (Official No. 523548),<br>JAMES CHRISTOPHER (Official No. 593990),<br>SIMON MATTHEW (Official No. 637607),<br>CROSBY QUEST (Official No. 630334),<br>CROSBY TRINITY (Official No. 575314),<br>CAPT. WEBSTER (Official No. 1217894),<br>CROSBY CARRIER (Official No. 1163372),<br>HOYT CHRISTOPHER (Official No. 643266),<br>CAPT KENT (Official No. 628729),<br>CROSBY TIDE (Official No. 1078379),<br>MYLES FRANCES (Official No. 662585),<br>CROSBY COURAGE (Official No. 580561),<br>CROSBY SKIPPER (Official No. 1099759), and<br>CROSBY ENDEAVOR (Official No. 571494) | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing Unopposed Motion to Approve Stipulation, Transfer Substitute Custodianship, and Stay Proceedings for 90 Days (R. Doc. 30),

**IT IS ORDERED** that the motion is **GRANTED**. Accordingly,

**IT IS FURTHER ORDERED** that the Stipulation of Settlement is **APPROVED**.

**IT IS FURTHER ORDERED** that Crosby Maritime Transportation, LLC and Kurt J. Crosby ("Crosby") are jointly appointed substitute custodian for the United States Marshal in

connection with the arrest of the following vessels and their engines, rigging, tackle, appurtenances, equipment, furnishings, fixtures (collectively, the "Vessels"), and will perform the custodial services for the Vessels:

- M/V MR. FARREL (Official No. 523548),
- M/V CROSBY QUEST (Official No. 630334),
- M/V CROSBY TRINITY (Official No. 575314),
- M/V CROSBY CARRIER (Official No. 1163372),
- M/V CROSBY TIDE (Official No. 1078379),
- M/V CROSBY COURAGE (Official No. 580561),
- M/V CROSBY SKIPPER (Official No. 1099759), and
- M/V CROSBY ENDEAVOR (Official No. 571494).

**IT IS FURTHER ORDERED** that, subject to compliance with the Stipulation of Settlement, Crosby shall maintain control and custody of the Vessels and be permitted to operate the Vessels commercially within the Gulf of America, notwithstanding that the Vessels are under arrest.

**IT IS FURTHER ORDERED** that any and all expenses related to the operation, storage, maintenance and all other expenses incurred by or on behalf of Crosby related to the Vessels shall be treated as operating expenses and not *custodia legis*, unless specifically approved by further order of this Court. Any Party may file a motion seeking approval of an expense as *custodia legis* without the necessity of lifting the stay and/or seeking separate leave of Court.

**IT IS FURTHER ORDERED** that the United States Marshal and all its deputies shall be held harmless and indemnified from any and all liability arising out of the care and custody of the said Vessels while under arrest.

**IT IS FURTHER ORDERED** that this case is **STAYED** for ninety (90) days until April 19, 2026.

New Orleans, Louisiana, this 2nd day of February 2026.

                                            **DARREL JAMES PAPILLION**
                                            **UNITED STATES DISTRICT JUDGE**